UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X

UNITED STATES OF AMERICA

    -V-

CARL POLLARD

------------------------------------------------------X

ORDER
CR 05-16 (JS)  Deft. #16

Appearances:
For the Government:
Lara Treinis Gatz, A.U.S.A.
U.S. Attorney's Office, E.D.N.Y.
610 Federal Plaza
Central Islip  NY 11722

For the Defendant(s):
Carl Pollard, *Pro Se*
160-10  89 Av.   #15E
Jamaica  NY 11432


SEYBERT, District Judge:

    The above-named defendant was sentenced by this Court on Feb. 22, 2009.  He commenced a term of supervised release on Oct. 3, 2014.

    By his *pro se* motion filed Oct. 17, 2017 (docket entry [963]), the defendant requests that his supervision be terminated.  He has served over three-fifths of the term imposed.  With the support of the Probation Department and the absence of objection from the Government, the motion is GRANTED.

    SO ORDERED.

Dated: Oct. 30, 2017
      Central Islip  NY

/s/
JOANNA SEYBERT, U.S.D.J.